CAVANAUGH v. MURPHY et al. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Frances M. Cavanaugh against Josephine A. Murphy and others. No opinion. Motion granted, un-

less appellant complies with terms stated in order. Order filed.